U.S. MAGISTRATE JUDGE MICHELLE L. PETERSON

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON
TACOMA DIVISION

| | |
|---|---|
| KERRIANN TALLY,<br><br>　　Plaintiff,<br><br>　　v.<br><br>COMMISSIONER OF SOCIAL SECURITY,<br><br>　　Defendant. | Case No. C23-289-MLP<br><br><br>ORDER |

Pursuant to the parties' Stipulated Motion to Remand, the Court hereby ORDERS that this matter is remanded to the Commissioner of Social Security, under sentence four of 42 U.S.C. § 405(g), for further administrative proceedings. On remand, the administrative law judge will reevaluate the medical opinions; reevaluate the claimant's residual functional capacity; obtain vocational expert testimony, while resolving any inconsistencies between the vocational expert testimony and the residual functional capacity finding; offer the claimant the opportunity for a hearing; take any further action necessary to develop the record; and issue a new decision.

ORDER
Page 1 – [C23-289-MLP]

Office of Program Lit., Office 7
Office of the General Counsel
Social Security Administration
6401 Security Boulevard
Baltimore, MD 21235
Telephone: (206) 615-2274

Upon proper presentation to this Court, Plaintiff may be entitled to reasonable attorney fees and expenses pursuant to the Equal Access to Justice Act, 28 U.S.C. § 2412(d).

IT IS SO ORDERED

Dated this 28th day of August, 2023.

_____
MICHELLE L. PETERSON
United States Magistrate Judge

Presented by:

s/ Jacob Phillips
JACOB PHILLIP, WA #43902
Special Assistant United States Attorney
Office of Program Litigation, Office 7
Office of the General Counsel
Social Security Administration
6401 Security Boulevard
Baltimore, MD 21235
Tel: (206) 615-2274
Email: jacob.phillips@ssa.gov

ORDER
Page 2 – [C23-289-MLP]

Office of Program Lit., Office 7
Office of the General Counsel
Social Security Administration
6401 Security Boulevard
Baltimore, MD 21235
Telephone: (206) 615-2274